FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | CASE NUMBER |
| v. | 25-MJ-6888 |
| JORGE VASQUEZ | **ORDER OF TEMPORARY DETENTION** |
| DEFENDANT(S). | **PENDING HEARING PURSUANT** |
| | **TO BAIL REFORM ACT** |

Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for _____Nov. 19_____, _____2025_____, at _1:00_ ☐ a.m. / ☑ p.m. before the Honorable _____Eick_____, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _11/14/25_

_____
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**